# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **MOHAMMAD ALENEZI,** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN,** | § | |
| *Secretary of the United States Department of* | § | |
| *Homeland Security*; | § | |
| **MARY DE ANDA YBARRA,** | § | |
| *Field Operations Director of the El Paso* | § | **EP-26-CV-00701-DCG** |
| *Immigration and Customs Enforcement* | § | |
| *Office*; **and** | § | |
| **DAVID VENTURELLA,** | § | |
| *in his official capacity as the Senior Official* | § | |
| *Performing the Duties of the Director of U.S.* | § | |
| *Immigration and Customs Enforcement*, | § | |
| | § | |
| *Respondents*. | § | |

## <u>ORDER DISMISSING CASE</u>

On June 30, 2026, the Court vacated its prior Order prohibiting Respondents from removing Petitioner Mohammad Alenezi from the United States or otherwise transferring him outside the boundaries of the District's El Paso Division.[1]  In light of Petitioner's lack of opposition to Respondents' Motion to lift that stay,[2] the Court ordered Petitioner's counsel to "inform the Court by July 7, 2026 whether he still intends to pursue any or all of the claims in his Petition for Writ of Habeas Corpus."[3]

---

[1] *See* Order Granting Mot. Lift Stay, ECF No. 10, at 1; *see also* Order Preventing Transfer Removal, ECF No. 5, at 2–3; Resp'ts' Mot. Lift Stay, ECF No. 8, at 1–2.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system.

[2] *See* Pet'r's Resp. Mot. Lift Stay, ECF No. 9, at 1.

[3] Order Granting Mot. Lift Stay at 1 (emphases omitted) (citation modified).

- 2 -

The July 7, 2026 deadline expired without Petitioner's counsel telling the Court whether Petitioner still intends to pursue his habeas claims.  The Court infers from counsel's silence that the answer to that question is "no."

The Court therefore **DISMISSES** and **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 8th day of July 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**